UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK TUEY,

        NO. CIV. S-07-2442 LKK/GGH

    Plaintiff,

  v.

        O R D E R

MAMMOTH MOUNTAIN SKI AREA,
INTRAWEST CORPORATION, STARWOOD
CAPITAL GROUP GLOBAL, LLC,

    Defendants.

_____/

Pending before the court are defendant's motion for summary judgment, currently set to be heard on February 9, 2009, and motion to bifurcate, currently set to be heard on February 23, 2009. Due to court congestion, the hearing on both motions is CONTINUED to March 9, 2009 at 10:00 AM. The briefing schedule remains as set for the motions as they were originally calendared.

IT IS SO ORDERED.

DATED: January 30, 2009.

                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT

1