1 | **Peter I. Bersin, Esq., SBN 65202**
**LAW OFFICES OF PETER I. BERSIN**
2 | 9454 Wilshire Boulevard, Suite 500
Beverly Hills, California 90212-2982
3 | Telephone: (310) 858-6935
Fax No.: (310) 275-6647
4 | peterbersin@sbcglobal.net

5 | **Philip H. Dunn, Esq., SBN 76291**
**DUNN & ASSOCIATES**
6 | 854 Pico Boulevard
Santa Monica, California 90405
7 | Telephone: (310) 393-2769
Fax No.: (310) 451-4609
8 | DUNNSLAW@CS.COM

9 | Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK TUEY, | CASE NO.: 2:07-CV-2442-LKK-GGH |
| Plaintiff, | **ORDER ON PLAINTIFF'S EX-PARTE APPLICATION TO CONTINUE THE TRIAL** |
| v. | |
| MAMMOTH MOUNTAIN SKI AREA; INTRAWEST CORPORATION; STARWOOD CAPITAL GROUP GLOBAL, LLC; and DOES 1 to 50, Inclusive, | Trial Date: September 29, 2009<br>Time: 10:30 a.m. |
| Defendants. | |

THE COURT having reviewed the Plaintiff's Ex-Parte Application to Continue the Trial and Stipulation of Counsel, hereby grants the Application.

The new trial date is scheduled for <u>March 23, 2010 at 10:30 a.m</u>.

The Final Pre-Trial Conference is scheduled for <u>December 14, 2009 at 3:00 p.m.</u>

IT IS SO ORDERED.

DATED: May 21, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 9454 Wilshire Boulevard, Suite 500, Beverly Hills, California, and I am employed in the office of a member of the bar of this Court at whose direction this service was made.

On May 20, 2009, I served the foregoing document described as **PROPOSED ORDER ON PLAINTIFF'S EX-PARTE APPLICATION TO CONTINUE THE TRIAL** on all interested parties in this action by placing a true and correct copy of the document in a sealed envelope addressed as follows:

| *Attorney for Defendant, Mammoth Mountain Ski Area, LLC* | *Co-Counsel for Plaintiff* |
|---|---|
| John E. Fagan, Esq. | Philip H. Dunn, Esq., |
| Jill Haley Penwarden, Esq. | DUNN & ASSOCIATES |
| Michael L. Reitzell, Esq. | 854 Pico Boulevard |
| DUANE MORRIS LLP | Santa Monica, California 90405 |
| 11149 Brockway Road, Suite 100 | (310) 393-2769 - Phone |
| Truckee, CA 96161-2213 | (310) 392-5286 - Fax |
| (530) 550-2052 - Phone; (530) 550-5619 - Fax | |

☐ **BY MAIL** as follows: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date in the United States Mail at Beverly Hills, California.

☐ **BY PERSONAL SERVICE** as follows: I caused such envelope(s) to be delivered by hand to the addressee(s) by _____ Messenger Service.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused the above-referenced document to be delivered to _____ for overnight courier service to the addressee(s).

☒ **BY FACSIMILE TRANSMISSION** as follows: I caused the above-referenced document to be transmitted by facsimile to its intended recipient(s) at the following facsimile number:

**SEE MAILING LIST ABOVE**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 20th day of May 2009, at Beverly Hills, California.

☐ **STATE:** I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

/s/
_____
**MELISSA PEREZ, Declarant**