John E. Fagan (SBN 107974)
Jill Haley Penwarden (SBN 178561)
Michael L. Reitzell (SBN 215272)
**DUANE MORRIS LLP**
11149 Brockway Road, Suite 100
Truckee, CA 96161-2213
Telephone: 530.550.2050
Facsimile: 530.550.8619

Attorneys for Defendant
MAMMOTH MOUNTAIN SKI AREA, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK TUEY,<br><br>   Plaintiff,<br><br>   v.<br><br>MAMMOTH MOUNTAIN SKI AREA, INTRAWEST CORPORATION, STARWOOD CAPITAL GROUP GLOBAL, LLC,<br><br>   Defendants. | Case No.: 2:07-CV-02442-LKK-GGH<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: September 22, 2009.

**LAW OFFICE OF PETER I. BERSIN**

By: /s/ Peter I. Bersin
Peter I. Bersin

Attorneys for Plaintiff
KIRK TUEY

///

///

DM1\1869955.1

Case No.: 2:07-CV-02442-LKK-GGH
STIPULATION OF DISMISSAL

1  Dated: September 22, 2009

**DUNN & ASSOCIATES**

By: *Philip H. Dunn* (signature)
Philip H. Dunn

Attorneys for Plaintiff
KIRK TUEY

Dated: September 14, 2009

**DUANE MORRIS LLP**

By: *Jill Penwarden* (signature)
John E. Fagan
Jill Haley Penwarden
Michael L. Reitzell
Attorneys for Defendant
MAMMOTH MOUNTAIN SKI AREA, LLC

DM1\1869955.1

2

Case No.: 2:07-CV-02442-LKK-GGH

STIPULATION OF DISMISSAL